UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHANIE S. MILLER and SELECT
REAL ESTATE BY STEPHANIE
MILLER, INC.,

      Plaintiffs,

v.                                          Case No: 2:14-cv-347-FtM-38DNF

JOHN M. SUMMERS, SUMMERS
GULF MANAGEMENT, LLC, and
CORKSCREW MANAGEMENT,
LLC,

      Defendants.
_____/

**ORDER**[1]

This matter is before the Court on Defendants John M. Summers, Summers Gulf Management, LLC, and Corkscrew Management, LLC's Motion to Dismiss, Or, In the Alternative, Strike (Doc. #9) filed on August 22, 2014. On September 5, 2014, Plaintiffs Stephanie S. Miller and Select Real Estate By Stephanie Miller, Inc. simultaneously moved to (1) disqualify Michael R. Whitt and the Firm of Robins, Kaplan, Miller & Ciresi L.L.P. as attorneys for Defendants (Doc. #10); and (2) stay this action pending the Court's ruling on disqualification (Doc. #11). Having found good cause, the Court stayed all

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

proceedings in this action that were unrelated to Plaintiffs' motion to disqualify. (Doc. #12). Since then, the parties have engaged in limited discovery regarding disqualification, and Plaintiffs have until March 19, 2015, to amend their motion to disqualify. (Doc. #26).

As such, the Court will deny Defendants' Motion to Dismiss without prejudice pending final resolution of Plaintiffs' motion to disqualify.

Accordingly, it is now

**ORDERED:**

Defendants John M. Summers, Summers Gulf Management, LLC, and Corkscrew Management, LLC's Motion to Dismiss, Or, In the Alternative, Strike (Doc. #9) is **DENIED without prejudice**. Defendants may file a renewed motion to dismiss within **fourteen (14) days** of the Court's final resolution of Plaintiffs' motion to disqualify Michael R. Whitt and the Firm of Robins, Kaplan, Miller & Ciresi L.L.P. as attorneys for Defendants.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of January, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record