UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHANIE S. MILLER and SELECT REAL ESTATE BY STEPHANIE MILLER, INC.,

    Plaintiffs,

v.                                               Case No:  2:14-cv-347-FtM-38MRM

JOHN M. SUMMERS, SUMMERS GULF MANAGEMENT, LLC and CORKSCREW MANAGEMENT, LLC,

    Defendants/Third Party Plaintiffs

BECKER & POLIAKOFF, P.A.,

    Third Party Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on the parties' request for a settlement conference with a United States Magistrate Judge. The Court held a preliminary pretrial conference on September 21, 2015, at which time the parties stated they had previously met with a mediator but that a settlement conference with the Magistrate Judge as soon as practicable would be beneficial in resolving this case. The Court, therefore, will grant the request.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

(1) Plaintiffs Stephanie S. Miller and Select Real Estate by Stephanie Miller, Inc., Defendants/Third Party Plaintiffs John M. Summers, Summers Gulf Management, LLC and Corkscrew Management, LLC's joint request for a settlement conference with a United States Magistrate Judge is **GRANTED**.

(2) This case is **REFERRED** to the Honorable Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter.

(3) All named parties in this suit must attend the settlement conference.

(4) Plaintiffs Stephanie S. Miller and Select Real Estate by Stephanie Miller, Inc., Defendants John M. Summers, Summers Gulf Management, LLC and Corkscrew Management, LLC, and Third Party Defendant Becker & Poliakoff, P.A. are **DIRECTED** to contact Judge Mirando's Chambers at 239-461-2170 to arrange for a mutually agreeable time to participate in the settlement conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties of Record
             The Honorable Carol Mirando