UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHANIE S. MILLER and SELECT REAL ESTATE BY STEPHANIE MILLER, INC.,

    Plaintiffs,

v.      Case No: 2:14-cv-347-FtM-38MRM

JOHN M. SUMMERS, SUMMERS GULF MANAGEMENT, LLC and CORKSCREW MANAGEMENT, LLC,

    Defendants/Third Party Plaintiffs

BECKER & POLIAKOFF, P.A.,

    Third Party Defendant.

_____/

### ORDER[1]

This matter comes before the Court on Defendants John M. Summers, Summers Gulf Management, LLC, and Corkscrew Management, LLC's Motion for Summary Judgment (Doc. #79) filed on October 20, 2015. The Court denies without prejudice Defendants' motion because it does not comply with the undersigned's procedure on a motion for summary judgment. As of October 14, 2015, each motion for summary judgment must include a specifically captioned section titled, "Statement of Material Facts," that lists each material fact alleged not to be disputed in *separate, numbered*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*paragraphs. See* [Letter to Counsel Regarding Updates to Policies and Procedures (Oct. 14, 2015)](#) (emphasis added).[2] Because Defendants' Statement of Material Facts fails to list each fact alleged not to be disputed in separate, numbered paragraphs – and because the undersigned's procedure regarding motions for summary judgment is new – the Court denies Defendants' motion without prejudice.

Accordingly, it is now

**ORDERED:**

Defendants John M. Summers, Summers Gulf Management, LLC, and Corkscrew Management, LLC's Motion for Summary Judgment ([Doc. #79](#)) is **DENIED without prejudice**. Defendants may file an amended motion for summary judgment that complies with the Court's procedures on or before **October 30, 2015**. Plaintiffs Stephanie S. Miller and Select Real Estate By Stephanie Miller, Inc. may file a response thereto within **fourteen (14) days** of service of Defendants' amended motion for summary judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of October, 2015.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] *See also* the undersigned's website at http://www.flmd.uscourts.gov/judicialinfo/ftmyers/JgChappell.htm.